**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**CHRISTOPHER CHARLES ELLIS**                                              **PETITIONER**
**Reg #19592-030**

**v.**                                        **Case No: 2:25-cv-00146-LPR**

**C. HUMPHREY, Warden**                                              **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

IT IS SO ADJUDGED this 30th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE